IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
STATE OF WISCONSIN,
STATE OF MINNESOTA, and
STATE OF NEW YORK,
*ex rel.* DANIELLE AILTS CAMPEAU,

    Plaintiffs/Relator,

v.

NEUROSCIENCE, INC.,
PHARMASAN LABS, INC.,
GOTTFRIED KELLERMANN, and
MIEKE KELLERMANN,

    Defendants.

Case No. 13-cv-811

**FILED *EX PARTE* AND UNDER SEAL**

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court Orders as follows:

    1. the relator's complaint, the Government's Notice of Election to Intervene in Part, and this Order be unsealed;

    2. the United States shall serve its Complaint upon the defendants, together with this Order, within 90 days;

    3. the relator shall serve her Complaint upon the defendants within 90 days;


4. the United States' extension applications (ECF Nos. 3, 6, 8, 9, 13, 16, and 18) shall remain under seal;

5. the seal will be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and

8. should the relator or the defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 25TH day of March, 2016.

_____
JAMES D. PETERSON
UNITED STATES DISTRICT JUDGE